# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  WEAVER, WILLIE
  (Last)       (First)       (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY, CA. 95531.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

PELICAN BAY STATE PRISON FOOD SERVICES B-FACILITY P.S.U 01/04/08
(Enter the full name of the defendant(s) in this action))

Case No.  CV 08 0293 JW
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  P.S.U

B.  Is there a grievance procedure in this institution?
    YES (✓)     NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )     NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____ 2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____ 4 Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. **STILL BEING PROCESSED** _____

_____

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.**

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT              - 2 -

1  place of employment.
2  _PELICAN BAY STATE PRISON_
3  _FOOD SERVICE B-FACILITY P.S.U_
4  _01/04/08._
5
6  _____III.
7  Statement of Claim
8  State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 _ON 01/04/07 THERE WAS NO BREAK-_
13 _-FAST MEAL FOR PLAINTIFF OR_
14 _DINNER FOR PLAINTIFF INSTEAD_
15 _PLAINTIFF WAS SERVED BAG LUNCH'ES_
16 _FOR BREAKFAST AND DINNER, THE_
17 _POWER WAS NOT OFF, SEE CALIFORNIA_
18 _CODE REGULATIONS TITLE 15. ARTICLE_
19 _4. 3050 (A)(1)(2) THE DEFENDANT'S_
20 _SHOWED DILIBERATE INDIFFERENCE_
21 _UNDER THE EIGHT AMENDMENT THAT_
22 _CONSTITUTE CRUEL UNUSUAL PUNISHMENT_
23
24
25 IV.   Relief
26 Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                                - 3 -

1. LIABILITY DAMAGES: 25,000 TWENTY
2. FIVE THOUSAND DOLLARS DUE TO: CONSPIRACY'S
3. U.S. CONSTITUTION VIOLATION,
4. PUNITIVE DAMAGES: 25,000 TWENTY
5. FIVE THOUSAND DOLLARS DUE TO: MENTAL
6. ANGUISH, STRESS DISORDER,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __01__ day of __10__, 20__08__.

_Willie Weaver_
(Plaintiff's signature)

COMPLAINT                           - 4 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



CONFIDENTIAL
LEGAL MAIL

**PELICAN BAY
P.S.U. UNIT D-2**

94102X3661

OFFICE OF THE CLER
UNITED STATES
DISTRICT COURT N
- ERN DISTRICT OF
CALIFORNIA 450 G
EN GATE AVENU
SAN FRANCISCO, CA