FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
Plaintiff,

vs.

PELICAN BAY STATE PRISON
Defendant.

CASE NO. C4-08-0293 JW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ SACRAMENTO AIRPORT  300 WEEKLY
5  _____ 1200 MONTHLY _____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a. Business, Profession or     Yes ___ No ✓
10        self employment
11    b. Income from stocks, bonds,     Yes ___ No ✓
12        or royalties?
13    c. Rent payments?     Yes ___ No ✓
14    d. Pensions, annuities, or     Yes ___ No ✓
15        life insurance payments?
16    e. Federal or State welfare payments,     Yes ___ No ✓
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3. Are you married?     Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4. a. List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?  Yes ____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?  Yes ____ No __✓__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No __✓__ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __✓__

_____

8.  What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/27/08                            Willie Weaver
DATE                                SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>9.39</u>.      (20%= $1.88)

Dated: 2/20/08                                   _____
                                                 Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
REPORT ID: TS3030   .701                                          REPORT DATE: 02/20/08
                                                                  PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008

ACCOUNT NUMBER  : J91389                    BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME    : WEAVER, WILLIE EUGENE     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                TRUST ACCOUNT ACTIVITY
        TRAN
 DATE   CODE  DESCRIPTION     COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
 -----  ----  -----------     -------     ---------  --------  -----------  -------

08/01/2007    BEGINNING BALANCE                                                 0.00

11/27*DD30 CASH DEPOSIT  2318 ML101                    11.25                   11.25
11/27 W211 FEDERAL FILIN 2333 11/27                                1.40         9.85
11/27 W214 FEDERAL FILIN 2333 11/27                                1.40         8.45
11/27 W215 FEDERAL FILIN 2333 11/27                                1.40         7.05
11/27 W212 FEDERAL FILIN 2333 11/27                                1.40         5.65
11/27 W212 FEDERAL FILIN 2333 11/27                                1.40         4.25
11/27 W212 FEDERAL FILIN 2333 11/27                                1.40         2.85
11/27 W214 FEDERAL FILIN 2333 11/27                                1.40         1.45
11/27 W211 FEDERAL FILIN 2333 11/27                                1.40         0.05
12/27*DD30 CASH DEPOSIT  2711 #122                     22.50                   22.55
    ACTIVITY FOR 2008
01/03 FC10 DRAW-FAC 10   2808  B2                                 17.23         5.32
01/15 W516 LEGAL COPY CH 3013                                      2.40         2.92
02/05 W861 REVERSE LEGAL 3408/3013                                 2.40-        5.32


                              CURRENT HOLDS IN EFFECT
 DATE           HOLD
 PLACED         CODE     DESCRIPTION                    COMMENT       HOLD AMOUNT
 ------         ----     -----------                    -------       -----------

07/31/2007      H103    DAMAGES-REFUSED TO SIGN HOLD   0506   CCI          2.87
07/31/2007      H103    DAMAGES-REFUSED TO SIGN HOLD   0506   CCI          2.45
01/08/2008      H116    FEDERAL FILING FEE HOLD        2864 12/27         22.50


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                           CASE NUMBER: 94F09335
COUNTY CODE: SAC                                   FINE AMOUNT: $   5,600.00

  DATE       TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
  ----       ------   -----------                    -----------    -------

08/01/2007   BEGINNING BALANCE                                       5,318.82
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
                        PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008

ACCT: J91389        ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                        CASE NUMBER: 94F09335
COUNTY CODE: SAC                                FINE AMOUNT: $  5,600.00

   DATE      TRANS.    DESCRIPTION                 TRANS. AMT.      BALANCE
   --------  ------    ----------------------      -----------      --------
   11/27/07  DR30      REST DED-CASH DEPOSIT          12.50-        5,306.32
   12/27/07  DR30      REST DED-CASH DEPOSIT          25.00-        5,281.32

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
  ---------    ---------    ----------   ---------    ---------    ------------
     0.00        33.75         28.43        5.32        27.82          0.00
```

                                                              CURRENT
                                                             AVAILABLE
THE WITHIN INSTRUMENT IS A CORRECT                            BALANCE
COPY OF THE TRUST ACCOUNT MAINTAINED                         ---------
BY THIS OFFICE.
ATTEST: 2-20-08                                                22.50-
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J Kloppin
TRUST OFFICE

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA
95531

CASE NO. CV-08-0293 JW (PR)

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CONFIDENTIAL
LEGAL MAIL