**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 21, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000
PRO SE

SUBJECT:   Request for Payment of Docket Fee

    **Title: WILLIE WEAVER -v- PELICAN BAY STATE PRISON**
    **Case Number:   CV 08-00293 JW**
    **Court of Appeals Number:**

    A notice of appeal was filed with this Court on 5/14/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    **RICHARD W. WIEKING, Clerk**

    **by:  Cindy Vargas**
    **Case Systems Administrator**

**cc: U.S. Court of Appeals**