UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 21, 2008

**CASE INFORMATION:**
Short Case Title:  WILLIE WEAVER -v- PELICAN BAY STATE PRISON
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose Division, Judge James Ware
Criminal and/or Civil Case No.: CV 08-00293 JW
Date Complaint/Indictment/Petition Filed: 1/16/08
Date Appealed order/judgment *entered* 4/25/08
Date NOA *filed* 5/14/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):     ☐ granted in full (attach order)         ☐ denied in full (send record)

☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                               Date Docket Fee Billed: 5/21/08
Date FP granted:                                    Date FP denied: 3/20/08
Is FP pending? ☐ yes  ☐ no                          Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                  Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                        Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Cindy Vargas